UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON and COURTNEY MURPHREE,<br><br>    Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 to 20, Inclusive,<br><br>    Defendants. | Case No. C 06-07948 WHA<br>[Complaint filed 11/14/06]<br>[Contra Costa Superior Court Case No. C 06-02329]<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:     April 5, 2007<br>Time:    11:00 a.m.<br>Crtrm:   9<br>Judge:   Hon. William H. Alsup |

Good cause having been shown therefor,

IT IS ORDERED that the Case Management Conference in the above-captioned action is continued to April 12, 2007 at 11:00 a.m.

Date: March 21, 2007.



_____
~~William H.~~ Alsup
JUDGE OF THE U.S. DISTRICT COURT

1

## PROOF OF SERVICE

State of California    )
County of Los Angeles  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On March 20, 2007, I served the within document(s):

**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[ ] **BY FACSIMILE TRANSMISSION** I transmitted said document(s) via facsimile machine pursuant to C.R.C. rule 2006 to fax number FACSIMILE NUMBER. The facsimile machine I used complied with rule 2003 and no error was reported by the machine. Pursuant to rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[XXX] **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice a true copy would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached mailing list.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I caused such envelope to be deposited with an overnight delivery service (Overnite Express/Federal Express) for delivery the next court day, or at most, within two court days of the above date.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XXX] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2007, at Los Angeles, California.

_____
CYNTHIA LEWIS

2

## SERVICE LIST

Stephen M. Fuerch, Esq.
Law Offices of Stephen M. Fuerch
7901 Stoneridge Drive, Suite 401
Pleasanton, California  94588
Tel: (925) 463-1073; Fax: (925) 463-2937
*Attorneys for Plaintiffs Michael Anderson and Courtney L. Murphree*

1693-302