IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANDERSON et al.,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
                                        /

No. C 06-07948 WHA

**ORDER RE ECF REQUIREMENTS**

      This case is subject to the Electronic Case Filing requirements of General Order No. 45. Pursuant to Section V of that order, all manually-filed documents are required to be re-filed in electronic format within 10 days of the filing of the case-initiating document. Our docket reflects that defendant's counsel have failed to do this, despite three clerk's notices alerting counsel of their failure.

      Defendant's counsel are **ORDERED TO COMPLY** with the filing requirements of Section V of General Order 45 by **FRIDAY, APRIL 13, 2007.** Further delays may warrant sanctions.

**IT IS SO ORDERED.**

Dated: April 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE