1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MICHAEL ANDERSON,                              No. C 06-07948 WHA

11              Plaintiff,

12     v.                                           **ORDER RESCHEDULING TRIAL
                                                    AND PRETRIAL CONFERENCE**
13   USAA CASUALTY INS CO,

14              Defendant.

15   _____/

16          Due to the Court's own unavailability the trial and pretrial conference in the above

17   matter are rescheduled.  The pretrial conference is now set for April 9, 2008 at 10:00 a.m. and

18   the jury trial is set for April 21, 2008 at 7:30 a.m.

19

20          **IT IS SO ORDERED.**

21

22   Dated: March 25, 2008                          _____
                                                     WILLIAM ALSUP
23                                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

N:\06-7948.wpd

United States District Court
For the Northern District of California