IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANDERSON and
COURTNEY MURPHREE,

    Plaintiffs,

  v.

USAA CASUALTY INSURANCE
COMPANY, and DOES 1 to 20,
inclusive,

    Defendants.
_____/

No. C 06-07948 WHA

**ORDER RE LETTER
ADVISING OF SETTLEMENT**

    The Court acknowledges and thanks counsel for his letter of April 7, 2008, advising that this matter has settled. Please note that all deadlines remain in place until a dismissal is filed because, unfortunately, it has been the Court's experience that settlements have a tendency to fall apart and if deadlines are vacated, the case sits in limbo.

**IT IS SO ORDERED.**

Dated: April 7, 2008.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE