F:\MM\MPLDG\1693 302 stip-re-dismissal.doc

Paul R. Fine, State Bar No. 053514
Maureen M. Michail, State Bar No. 185097
DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 556-7900
FACSIMILE: (310) 556-2807
MICHAIL@DFIS-LAW.COM

Attorneys For Defendant USAA
CASUALTY INSURANCE
COMPANY

Stephen M. Fuerch, State Bar No.
LAW OFFICES OF STEPHEN M. FUERCH
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 463-1073
FACSIMILE: (925) 463-2937

Attorneys For Plaintiffs MICHAEL
ANDERSON and COURTNEY
MURPHREE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON and COURTNEY MURPHREE,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No. C 06-07948 WHA<br><br>[Complaint filed 11/14/06]<br>[Contra Costa Superior Court Case No. C 06-02329]<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL<br><br>[Pursuant to FRCP 41(a)(1)(ii)] |

IT IS HEREBY STIPULATED by and between plaintiffs MICHAEL ANDERSON and COURTNEY MURPHREE, by and through their attorney of record, Stephen M. Fuerch, and defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), by and through its attorney of record, Maureen M. Michail,

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. CASE NO. C 06-07948 WHA

1  that this entire action shall be dismissed with prejudice pursuant to the provisions of
2  FRCP 41 (a)(1)(ii). Plaintiffs and defendant also agree, by and through their
3  respective attorneys of record, that each party will bear their own costs and fees in
4  this matter.

Date: April 8, 2008

DANIELS, FINE, ISRAEL,
SCHONBUCH & LEBOVITS, LLP

By: _____
Paul R. Fine
Maureen M. Michail
Attorneys For Defendant USAA CASUALTY
INSURANCE COMPANY

Date: April  , 2008

LAW OFFICES OF STEPHEN M. FUERCH

By: _____
Stephen M. Fuerch
Attorneys For Plaintiffs MICHAEL ANDERSON and
COURTNEY MURPHREE

///
///
///

2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, CASE NO. C 06-07948 WHA

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the entire above-captioned action is dismissed with prejudice, each party to bear their own costs and fees.

Date: April 8, 2008.



JUDGE, UNITED STATES DISTRICT

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, CASE NO. C 06-07948 WHA